CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
C'ville
JUN 20 2005
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04CR00031 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| MELVIN TYRONE TINDALL, | ) | |
| | ) | |
| Defendant. | ) | By: Jackson L. Kiser |
| | | Senior United States District Judge |

Before me is Defendant's Motion to Suppress. Oral argument was heard on June 7, 2005, and the issue is thus ripe for decision. For the reasons stated in the Memorandum Opinion, the Motion to Suppress is hereby GRANTED.

The clerk is directed to send a copy of this Memorandum Opinion to all counsel of record.

Entered this 20th day of June, 2005.

                                                Senior United States District Judge