CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for C'Ville
OCT 0 4 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| MELVIN TYRONE TINDALL,<br><br>*Defendant,*<br><br>v.<br><br>UNITED STATES,<br><br>*Plaintiff.* | CRIM. ACTION NO. 3:04-CR-00031<br><br><u>ORDER AND OPINION</u><br><br>JUDGE NORMAN K. MOON |

Before the Court is Defendant's Motion to Sever. Tindall argues that the government will use physical evidence, inadmissible as to himself, against his co-defendants at trial. He contends that the government's use of this evidence against his co-defendants may prejudice him because jurors will be unable to avoid associating that evidence with Tindall.

Rule 14 allows the Court to sever defendants' trials if joinder "appears to prejudice a defendant." Fed. R. Crim. P. 14. However, joinder is favored in the federal system, and "a district court should grant a severance under Rule 14 only if there is a serious risk that a joint trial would compromise a specific trial right of one of the defendants, or prevent the jury from making a reliable judgment about guilt or innocence." *Zafiro v. United States,* 506 U.S. 534, 539 (1993). Here, the government's case against Tindall's co-defendants relies on evidence which is suppressed as to Tindall. Because this evidence is admissible only against Tindall's co-defendants, the jury must be able to completely disassociate Tindall from that evidence. Even

the most well-meaning juror might have a difficult time screening out his knowledge of the evidence found in the apartment when contemplating Tindall's guilt. Thus, the use of the suppressed evidence would create a serious risk of prejudice for Defendant. *See id.* ("Evidence that is probative of a defendant's guilt but technically admissible only against a co-defendant also might present a risk of prejudice.") Because the admission of the physical evidence in the apartment against Tindall's co-defendants will likely prejudice Tindall, the Motion to Sever shall be GRANTED.

It is so ORDERED.

The Clerk of the Court is directed to send a copy of this Order to all parties.

ENTERED: *[signature]*
U.S. District Judge

October 4, 2005
Date

2